# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1562

_____

United States of America,     *
                             *

         Appellee,     *    Appeal from the United States
                             *    District Court for the District
     v.                        *    of Nebraska.
                             *

Brenda Delezene,     *       [UNPUBLISHED]
                             *

         Appellant.     *

_____

Submitted:  June 1, 1999
Filed: June 9, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After Brenda Delezene pleaded guilty to conspiracy to transport and sell stolen goods, in violation of 18 U.S.C. § 371, the district court sentenced Delezene to eight months imprisonment and three years supervised release. In February 1998, the district court revoked Delezene's supervised release based on her admissions to several violations of her supervised-release conditions, which included testing positive eight times for marijuana use. Notwithstanding the four-to-ten-month imprisonment range suggested under U.S. Sentencing Guidelines Manual § 7B1.4(a), p.s. (1997), the court sentenced Delezene to eighteen months imprisonment and eighteen months supervised release. Delezene appeals and we affirm.

Having carefully reviewed the record, we reject Delezene's argument that the district court failed to consider the applicable policy statements in Chapter 7 and the sentencing factors in 18 U.S.C. § 3553(a). We also conclude the district court did not abuse its discretion in imposing the eighteen-month prison term. See 18 U.S.C. § 3583(e)(3); United States v. Kaniss, 150 F.3d 967, 968 (8th Cir. 1998) (standard of review; Chapter 7 Guidelines are advisory and nonbinding; district court may depart from suggested revocation imprisonment range when, in its considered discretion, the departure is warranted).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.